David Aronoff (SBN 125694)
  daronoff@foxrothschild.com
Joshua Bornstein (SBN 311658)
  jbornstein@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

James Breitenbucher (*pro hac vice*)
  jbreitenbucher@foxrothschild.com
Al Roundtree (SBN 350531)
  aroundtree@foxrothschild.com
FOX ROTHSCHILD LLP
1001 Fourth Ave., Suite 4500
Seattle, WA 98154
Tel.:   206-624-3600
Fax:   206-389-1708

Attorneys for Plaintiff,
iSpot.tv, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISPOT.TV, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NADYA TEYFUKOVA AND ENTERTAINMENT DATA ORACLE, INC.,<br><br>Defendants. | Case No. 2:21-cv-06815-MEMF-MAR<br><br>Hon. Margo A. Rocconi<br><br>**DECLARATION OF GEORGIOS ZERVAS, PH.D, REGARDING DISCOVERY MOTIONS**<br><br>**Discovery Matter**<br><br>Date: May 8, 2024<br>Time: 11:00 a.m.<br>Courtroom: 790, 7th Floor<br><br>Discovery Cutoff: August 7, 2024<br>Pretrial Conference: April 16, 2025<br>Trial: May 5, 2025 |

1

I, Georgios Zervas, Ph.D., declare as follows:

1.    I am an Associate Professor of Marketing at Boston University Questrom School of Business, a founding member of the Faculty of Computing & Data Sciences, a Director of Online Initiatives and Innovation for BU Virtual and the Faculty of Computing and Data Sciences, and Affiliated Faculty of the Department of Computer Science. I was also a visiting researcher at Microsoft Research New England. Prior to joining the Boston University faculty, I held various academic roles, including visiting scholar at the MIT Sloan School of Management, Simons Postdoctoral Fellow at Yale University, and affiliate at the Center for Research on Computation and Society at Harvard University's John A. Paulson School of Engineering and Applied Sciences. I am an associate editor of ACM Transactions on Economics and Computation, and I sit on the editorial review boards of Marketing Science, the Journal of Marketing Research, and the Journal of Marketing.

2.    I submit this declaration based on personal knowledge, information, and belief. I am over the age of 18 and am competent to testify about the matters set forth herein.

3.    A copy of my curriculum vitae ("CV") is attached as **Exhibit 1**.

4.    While my CV identifies my professional training and experience, I summarize here some pertinent highlights.

5.    My research combines methods from computer science and economics to study online marketplaces to understand their impact on consumer and firm behavior. I have conducted studies of online marketplaces such as Airbnb, Yelp, TripAdvisor, and Expedia. My work is empirical in nature and includes assembling and analyzing novel sources of data that I collect from these marketplaces to study their operation. I hold a Bachelor of Engineering and a Master of Science in Computer Science from Imperial College London, a Master of Arts in Interactive Media from London College of Communication, and a Ph.D. in Computer Science

from Boston University. Before pursuing my Ph.D. in Computer Science, I ran a small information technology company.

6.     I have been retained by Fox Rothschild on behalf of iSpot.tv, Inc. ("iSpot") as a consultant.

7.     I have reviewed the declaration of Isaac Pflaum in support of Defendant Entertainment Data Oracle, Inc.'s ("EDO") and Nadya Teyfukova's Motion to Compel and for a Protective Order.[1] The Pflaum Declaration provides a description of how APIs operate and a high-level overview of databases, database schemas, data taxonomies, and data dictionaries. The Pflaum Declaration makes several statements about how users interact with APIs, including:

    a. "[T]he API user does not know (or care) how the API obtains, modifies, or packages the data."[2]

    b. "This [API] response provides no insight to the user as to the underlying technical details of the server application or how the server application's internal workings came up with the data."[3]

    c. "Critically, an API user received the response '{"air_temp" : "40" , "scale" : "Fahrenheit"}' has no way of knowing how the web application servicing their request deals with this information on the back end or what information is in the database and how that is arranged. Indeed, the API user would have no reason to care; it simply does not matter to them as long as they get a response that answers their request in the format they expect."[4]

    d. "The API user needs to know only how to query the appropriate API endpoint with the required parameters and parse the response

---

[1] Declaration of Isaac Pflaum in Support of Defendants' Motion to Compel and For a Protection Order, *ISPOT.TV, INC., v. Nadya Teyfukova et al.*, 2:21-cv-06815-MEMF-MAR ("Pflaum Declaration"), April 5, 2024.
[2] Pflaum Declaration ¶ 11.
[3] Pflaum Declaration ¶ 11.
[4] Pflaum Declaration ¶ 17.

3

produced by that endpoint. For this reason, this is the only information typically provided to API users."[5]

8.    However, the descriptions of these technologies and what API users are purported to care about are irrelevant for understanding whether EDO misused its access to iSpot's API to build a competing product. The Pflaum Declaration does not address how the data and services provided through iSpot's API could have been utilized by EDO to develop its competing product.

9.    While EDO's access to iSpot's API did not directly reveal iSpot's database schemas, data taxonomies, or data dictionaries, iSpot's API would be a valuable resource for informing design and implementation. Access to iSpot's API could have aided EDO in design and implementation of its own product in at least the following ways:

   a.  First, by studying iSpot's API, EDO could have gained insights into how data is structured and organized for end users.

   b.  Second, access to iSpot's API may have allowed EDO to identify and analyze industry best practices in API design.

   c.  Third, this access could have helped EDO understand which API endpoints are valuable to customers, potentially prioritizing development of these endpoints.

   d.  Fourth, it may have accelerated EDO's process of designing their own database schema.

   e.  Fifth, access could have expedited EDO's prototyping and testing of their own API implementation by mimicking the behavior and structure of iSpot's endpoints.

10.   By way of analogy, consider the task of building an API for an e-commerce site. Accessing a competitor's API would reveal how products were organized into categories and sub-categories, and the attributes are associated with

---

[5] Pflaum Declaration ¶ 18.

each product, which importantly may vary from category to category or subcategory to subcategory. For books, important attributes may be author, ISBN number, and edition. For TVs, the important attributes may be screen size, refresh rate, and internet connectivity. Compiling the important attributes across many different categories can require significant effort, domain knowledge, and continuous refinement from customer and supplier feedback (*e.g.*, it may not be immediately apparent that customers care about TV's having a voice remote or not, and having access to e-commerce product API can provide useful insights to this regard.) Accessing a competitor's API would accelerate the development of a competing product.

11.    To understand whether EDO's competing product has indications of copying iSpot's data and services, I would want to review at least the following current and historic versions of EDO's product:

    a.  Database schemas: may reveal if data are structured similarly to iSpot

    b.  Data dictionaries: may reveal if EDO's fields are the same or similar as iSpot

    c.  Data taxonomies: may reveal if EDO is grouping and organizing data similarly as iSpot

    d.  Revision history: may reveal correlations between timing of changes in EDO's product and data compared to the timing of the access of iSpot's API. Indeed, as the Pflaum Declaration states "Using the revision history, it is possible to view source code as it existed at various points in time between its creation and the present day."[6] Thus, by accessing revision histories, one can assess the reliance of EDO on iSpot's proprietary data and technology at any point in time, and any changes made to obscure reliance on iSpot's proprietary data

---

[6] Pflaum Declaration ¶ 28.

and technology. EDO's revision history may also reveal an abnormal rapid development of their product.

12. The review described above is similar to reviewing a student's assignment for plagiarism. When evaluating whether a student inappropriately copied, I would consider the similarity between a student's assignment and previous assignments, online resources, or published work. In the context of programming assignments, among other things, I would look for identical code, re-using unusual variable and function names, or re-using unusual comments and documentation. I would also look at whether the student may have revised portions of the assignment to make it look like the student's essay was original work.

13. In summary, current and historic versions of EDO's database schemas, data dictionaries, data taxonomies, and revision history are relevant to assess the extent of EDO's reliance on iSpot's data and technology.

I declare under penalty of perjury under the laws of the United States that the foregoing is, to the best of my knowledge, true and correct.


DATED this 12th day of April, 2024, at Boston, Massachusetts.

_____

Georgios Zervas, Ph.D.

# Exhibit 1

**Exhibit 1**

# Georgios Zervas

Boston University
Questrom School of Business
595 Commonwealth Ave (Ofc. 605)
Boston, MA 02215

Phone:          (617) 358-3319 (office)
Email:          zg@bu.edu
Homepage:       http://people.bu.edu/zg/
Google Scholar: https://scholar.google.com/citations?user=5L8vEA4AAAAJ

*Last updated: Jan. 9, 2024*

## Employment & Affiliations

### Current

**Associate Professor of Marketing**                                              2019–to date
Questrom School of Business, Boston University, Boston, MA

**Director of Online Initiatives and Innovation for BU Virtual
and the Faculty of Computing and Data Sciences**                                  2023–to date
Boston University, Boston, MA

**Founding Member, Faculty of Computing & Data Science**                          2019–to date
Boston University, Boston, MA

**Affiliated Faculty in Computer Science**                                        2016–to date
Boston University, Boston, MA

### Prior

**Faculty Director, MS in Business Analytics**                                     2019–2022
Questrom School of Business, Boston University, Boston, MA

**Assistant Professor of Marketing**                                              2013–2019
Questrom School of Business, Boston University, Boston, MA

**Visiting Researcher**                                                           2013–2022
Microsoft Research New England, Cambridge, MA

**Visiting Scholar**                                                              Spring 2018
MIT Sloan, Cambridge, MA

**Simons Postdoctoral Fellow**                                                    2011–2013
Yale University, New Haven, CT
*Advisor*: Joan Feigenbaum

**Affiliate at the Center for Research & Computation in Society**                 2011–2013
Harvard University, Cambridge, MA

**Research Scientist**                                                            2006–2012
CogoLabs Inc., Cambridge, MA, USA

**Cofounder**                                                                     2000–2005
Perlfect Solutions, London, UK

*Georgios Zervas, Associate Professor of Marketing, Questrom School of Business, Boston University*

## Education

**Ph.D. Computer Science**                                                          2005–2011
Boston University, Boston, MA, USA.
*Thesis*: Data-Driven Analysis of Electronic Commerce Systems.
*Advisors*: John W. Byers (BU) & Michael Mitzenmacher (Harvard).

**M.A. Interactive Media**                                                          1999–2000
London College of Communication, London, UK.
*Thesis*: Automatic Website Generation Using Genetic Algorithms.
*Advisor*: Alan Sekers.

**M.Sc. Computer Science**                                                          1998–1999
Imperial College, London, UK.
*Thesis*: Thesis: Advanced Clustering Algorithms.
*Advisor*: Stefan Rüger.

**B.Eng. Computer Science**                                                         1995–1998
Imperial College, London, UK.
*Thesis*: Object Linking & Embedding for Linux.
*Advisor*: Steffen van Bakel.

## Publications

### Journals

1. Shrabastee Banerjee, Chris Dellarocas Chris, and Georgios Zervas
   **Interacting User-Generated Content Technologies: How Questions and Answers Affect Consumer Reviews.**
   *Journal of Marketing Research*, (2021);58(4): 742-761.

2. Georgios Zervas, Davide Proserpio, and John W. Byers
   **A first look at online reputation on Airbnb, where every stay is above average**
   *Marketing Letters*, (2020): 1-16.

3. Giana Eckhardt, Mark Houston, Baojun Jiang, Cait Lamberton, Aric Rindfleisch, and Georgios Zervas
   **Marketing in the Sharing Economy**
   *Journal of Marketing*, 83.5 (2019): 5-27.

4. Giana Eckhardt, Mark Houston, Baojun Jiang, Cait Lamberton, Aric Rindfleisch, and Georgios Zervas
   **Marketing in the Sharing Economy**
   *Journal of Marketing*, 83.5 (2019): 5-27.

5. Davide Proserpio, Wendy Xu, and Georgios Zervas
   **You Get What You Give: Theory and Evidence of Reciprocity in the Sharing Economy**
   *Quantitative Marketing and Economics*, 16(4), (2018): 371-407.

6. Georgios Zervas, Davide Proserpio, and John W. Byers
   **The Rise of the Sharing Economy: Estimating the Impact of Airbnb on the Hotel Industry**
   *Journal of Marketing Research*, 54, no. 5 (2017): 687-705.
   – Finalist for the 2018 Paul E. Green Award.

*Georgios Zervas, Associate Professor of Marketing, Questrom School of Business, Boston University*

7. Davide Proserpio and Georgios Zervas
   **Online Reputation Management: Estimating the Impact of Management Responses on Consumer Reviews**
   *Marketing Science*, 36, no. 5 (2017): 645-665
   – Finalist for the 2018 John D. C. Little Award.

8. Michael Luca, and Georgios Zervas
   **Fake It Till You Make It: Reputation, Competition, and Yelp Review Fraud**
   *Management Science*, 62, no. 12 (2016): 3412-3427

## Full Papers in Peer-reviewed Conferences with Proceedings

1. Ceren Budak, Sharad Goel, Justin M. Rao, and Georgios Zervas
   **Understanding Emerging Threats to Online Advertising**
   In *Proceedings of the Sixteenth ACM Conference on Economics and Computation (EC '16)*. ACM, 2016.

2. John Byers, Michael Mitzenmacher, and Georgios Zervas
   **The Daily Deals Marketplace: Empirical Observations and Managerial Implications**
   In *ACM SIGecom Exchanges, Vol. 11, No. 2, December 2012, Pages 29–31*.

3. Joan Feigenbaum, Michael Mitzenmacher, and Georgios Zervas
   **An Economic Analysis of User-Privacy Options in Ad-Supported Services**
   In *Proceedings of the 8th Workshop on Internet & Network Economics*, WINE '12, pages 30–43. Springer Berlin Heidelberg, 2012.

4. John W. Byers, Michael Mitzenmacher, and Georgios Zervas
   **The Groupon Effect on Yelp Ratings: A Root Cause Analysis**
   In *Proceedings of the 13th ACM Conference on Electronic Commerce*, EC '12, pages 248–265. Valencia, Spain, 2012. ACM.

5. John W. Byers, Michael Mitzenmacher, and Georgios Zervas
   **Daily Deals: Prediction, Social Diffusion, and Reputational Ramifications**
   In *Proceedings of the 5th ACM international conference on Web Search and Data Mining*, WSDM '12, pages 543–552. Seattle, WA, USA, 2012. ACM.

6. John W. Byers, Brent Heeringa, Michael Mitzenmacher, and Georgios Zervas.
   **Heapable Sequences and Subsequences**
   In *Proceedings of the Workshop on Analytic Algorithmics and Combinatorics*, ANALCO '11, pages 33–44, San Fransisco, CA, USA, 2011. ACM.

7. John W. Byers, Michael Mitzenmacher, and Georgios Zervas
   **Information asymmetries in pay-per-bid auctions**
   In *Proceedings of the 11th ACM conference on Electronic Commerce*, EC '10, pages 1–12, New York, NY, USA, 2010. ACM.

8. John W. Byers, Michael Mitzenmacher, and Georgios Zervas
   **Adaptive Weighing Designs for Keyword Value Computation**
   In *Proceedings of the third ACM international conference on Web search and data mining*, WSDM '10, pages 331–340, New York, NY, USA, 2010. ACM.

9. Nikolaos Laoutaris, Georgios Zervas, Azer Bestavros, and George Kollios
   **The Cache Inference Problem and its Application to Content and Request Routing**
   In *Proceedings of the 26th Annual IEEE Conference on Computer Communications*, INFOCOM '07, pages 848–856, Anchorage, AK, USA, 2007. IEEE.

*Georgios Zervas, Associate Professor of Marketing, Questrom School of Business, Boston University*

10. Georgios Zervas, and Stefan M. Rüger
    **The Curse of Dimensionality and Document Clustering**
    In *IEEE Seminar, Searching for Information: Artificial Intelligence and Information Retrieval Approaches*, pages 19/1–19/3, Glasgow, UK, 1999.

## Abstracts in Peer-reviewed Conferences with Proceedings

1. Luis Armona, Greg Lewis, and Georgios Zervas
   **Learning Product Characteristics and Consumer Preferences from Search Data**
   In *Proceedings of the 2021 ACM Conference on Economics and Computation (EC '21).*, pp. 98-99. ACM, 2021.

2. Greg Lewis and Georgios Zervas
   **The Supply and Demand Effects of Review Platforms**
   In *Proceedings of the 2019 ACM Conference on Economics and Computation (EC '19).*, pp. 197-197. ACM, 2019.

3. Shrabastee Banerjee, Chris Dellarocas, and Georgios Zervas
   **Interacting User Generated Content Technologies: How Q&As Affect Ratings & Reviews**
   In *Proceedings of the 2017 ACM Conference on Economics and Computation (EC '17).*, pp. 539-539. ACM, 2017.

4. Georgios Zervas, Davide Proserpio, and John W. Byers
   **The Impact of the Sharing Economy on the Hotel Industry: Evidence from Airbnb's Entry Into the Texas Market**
   In *Proceedings of the 2015 ACM Conference on Economics and Computation (EC '15).*, pp. 637-637. ACM, 2015.

5. Davide Proserpio and Georgios Zervas
   **Online Reputation Management: Estimating the Impact of Management Responses on Consumer Reviews**
   In *Proceedings of the 2015 ACM Conference on Economics and Computation (EC '15).*, pp. 79-79. ACM, 2015.

## Invited Articles

1. Davide Proserpio and Georgios Zervas
   **Replying to Customer Reviews Results in Better Ratings**
   *Harvard Business Review*, Feb. 14, 2018.

# Working Papers

1. Greg Lewis, Bora Ozaltun, and Georgios Zervas
   **Maximum Likelihood Estimation of Differentiated Products Demand Systems**

2. Luis Armona, Greg Lewis, and Georgios Zervas
   **Learning Product Characteristics and Consumer Preferences from Search Data**

3. Stephan Seiler, Song Yao, Georgios Zervas
   **Causal Inference in Word-of-Mouth Research: Methods and Results**

4. Chiara Farronato and Georgios Zervas
   **Consumer Reviews and Regulation: Evidence from NY Restaurants**

*Georgios Zervas, Associate Professor of Marketing, Questrom School of Business, Boston University*

5. Greg Lewis and Georgios Zervas
   **The Welfare Impact of Consumer Reviews: A Case Study of the Hotel Industry**

6. Greg Lewis and Georgios Zervas
   **Supply and Demand Responses to Consumer Review Platforms**

## Grants, Awards, & Honors

1. Marketing Science Institute (MSI) Scholar                                    2023

2. Marketing Science Institute (MSI) Young Scholars                             2019

3. Dean's Research Scholar, Questrom School of Business                         08/2018

4. Shahdadpuri Research Award, Questrom School of Business                      10/2017

5. Hariri Institute Graduate Fellowship                                          6/2015
   ($25,000 award)

6. Google Faculty Research Award                                                 2/2015
   ($35,000 unrestricted gift, plus $10,000 in Google Cloud credits)

7. Hariri Institute Junior Faculty Fellow                                       2013–2015

8. Hariri Institute Research Grant                                               1/2013
   Principal Investigator, with co-PI John W. Byers ($26,500)

9. Departmental Research Achievement Award, Computer Science Dept., Boston U.   2010–2011

## Student Advising

1. Hannah Catabia, PhD Student, Computer Science Dept., Co-advisor             2019–to date

2. Philip Zhao, PhD Student, Marketing Dept., Advisor                          2018–to date

3. Shrabastee Banerjee, PhD Student, Marketing Dept., Advisor                  2015–2021
   *Placement*: Tilburg University, Marketing

4. Davide Proserpio, PhD Student, Computer Science Dept., Co-advisor           2012–2015
   *Placement*: USC Marshall, Marketing

## Presentations and Invited Talks

**Learning Market Structure & Consumer Preferences from Search Data: An Application to Hotel Demand Estimation**

Conferences:
  - Marketing Science 2019, Rome, Italy                                         06/20/2019

**Consumer Reviews and Regulation: Evidence from NY Restaurants**

Academia:
  - UC Berkeley                                                                 12/07/2023

*Georgios Zervas, Associate Professor of Marketing, Questrom School of Business, Boston University*

- Dartmouth College                                                                06/12/2023
- University College London, UK                                                    04/05/2022
- Technische Universität Berlin, Germany                                           10/04/2021
- Universitat zu Koln, Germany                                                     07/31/2021
- Brandeis University, Walthman, MA                                                04/07/2021
- Yale School of Management, New Haven, CT                                         10/30/2020
- University of Miami, Miami, FL                                                   10/23/2020
- UMass Amherst Isenberg School of Management, Amherst, MA                         02/03/2018

Conferences:

- Marketing Science 2018, Philadelphia, PA                                         06/14/2018
- BU Data Science Day, Boston University, Boston MA                                01/26/2018
- Digital, Mobile Marketing, and Social Media Analytics Conference, NYU, New York, NY   09/12/2017
- Marketing Science, USC Marshall, Los Angeles, CA                                06/10/2017
- Health Sector Data Blitz, Questom School of Business, Boston, MA                03/11/2017
- Marketing Analytics and Big Data conference, Columbia University, New York, NY  16/09/2017

**The Welfare Impact of Consumer Reviews: A Case Study of the Hotel Industry**

Academia:

- HEC, Paris, France                                                               11/07/2019
- Duke Fuqua, Durham, NC                                                           05/01/2019
- Harvard Business School, Boston, MA                                              03/12/2019
- NYU Stern, New York, NY                                                          02/14/2019
- Columbia GSB, New York, NY                                                       10/16/2018
- USC Marshall, Los Angeles, CA                                                    4/14/2017
- Stanford GSB, Palo Alto, CA                                                      4/12/2017
- Michigan Ross, Ann Arbon, MI                                                     4/10/2017
- University of Toronto Rotman, Toronto, ON                                        2/17/2017
- University of Chicago Booth, Chicago, IL                                         1/31/2017
- Wharton, Philadelphia, PA                                                        1/25/2017
- MIT Economics Dept., Cambridge, MA                                               10/24/2016

Conferences:

- QME 2016, Kellogg School of Management, Evanston, IL                            09/01/2016
- SCECR 2016, Naxos, Greece                                                        06/24/2016
- Greater China Conference on Mobile Big Data Marketing, Hong Kong                06/13/2016
- Marketing Science 2016, Shanghai, China                                          06/16/2016

**Online Reputation Management: Estimating the Impact of Management Responses on Consumer Reviews.**

Academia:

- Havard EconCS Seminar, Cambridge, MA                                             10/02/2015
- Hebrew University, Computer Science dept., Jerusalem, Israel                     06/14/2015

**The Rise of the Sharing Economy: Estimating the Impact of Airbnb on the Hotel Industry**

*Georgios Zervas, Associate Professor of Marketing, Questrom School of Business, Boston University*

Conferences:

| | |
|---|---|
| - Open & User Innovation Conference 2015, Harvard Business School, Boston MA | 08/03/2016 |
| - CODE@MIT, Cambridge MA | 10/16/2015 |
| - Marketing Science 2015, Baltimore | 05/20/2015 |
| - NYU 2015 Conference on Digital Big Data, Smart Life, Mobile Marketing Analytics | 23/10/2015 |

Academia:

| | |
|---|---|
| - Simon Business School, University of Rochester | 2/29/2016 |

Industry:

| | |
|---|---|
| - Microsoft Research New England | 11/18/2015 |

Government:

| | |
|---|---|
| - Cambridge City Council, Cambridge, MA | 7/19/2016 |

**Understanding Emerging Threats to Online Advertising**

Academia:

| | |
|---|---|
| - Goizueta Business School, Emory University | 02/27/2015 |
| - MSR/Harvard Game Theory Seminar | 12/17/2014 |
| - Questrom School of Business, MPPL Seminar | 04/17/2015 |

Industry:

| | |
|---|---|
| - Betaworks, NYC | 07/23/2015 |

**Fake It Till You Make It: Reputation, Competition, and Yelp Review Fraud**

Conferences:

| | |
|---|---|
| - Marketing Science 2014, Emory University, Atlanta | 06/13/2014 |
| - WIN 2013: The 5th Workshop on Information in Networks | 10/04/2013 |
| - DIMACS Workshop on Economic Aspects of Information Sharing | 02/08/2013 |

Industry:

| | |
|---|---|
| - Google, Palo Alto, CA | 02/12/2013 |

**The Groupon Effect on Yelp Ratings: A Root Cause Analysis**

Conferences:

| | |
|---|---|
| - Marketing Science 2013, Istanbul, Turkey | 07/13/2013 |
| - SCECR 2012, Montreal, Canada | 06/29/2012 |
| - ACM EC 2012, Valencia, Spain | 06/05/2012 |
| - Yale Customer Insights Conference, New Haven, CT | 03/15/2013 |
| - CAOSS 2012: Workshop on Computational and Online Social Science, New York, NY | 10/12/2012 |

Academia:

| | |
|---|---|
| - Wellesley University, Computer Science Dept | 02/27/2012 |
| - Northeastern University, Computer Science Dept | 03/28/2012 |
| - Harvard University, School of Eng. & Appl. Sci., Joint EconCS/Theory Seminar | 04/16/2012 |

*Georgios Zervas, Associate Professor of Marketing, Questrom School of Business, Boston University*

- Berkeley University, Computer Science Dept      04/10/2012

Industry:
- Microsoft Research New York      02/27/2013
- Google, Palo Alto, CA      04/09/2012
- Yelp, San Francisco, CA      04/11/2012

**Daily Deals: Prediction, Social Diffusion, and Reputational Ramifications**

Conferences:
- New York Computer Science and Economics Day (*Poster session.*)      09/16/2011
- Cambridge Area Economics and Computation Day (*Poster session.*)      11/18/2011
- ACM WSDM 2012      02/11/2012

Academia:
- Harvard University, School of Eng. & Appl. Sci., Joint EconCS/Theory Seminar      10/20/2011
- Boston University, Mathematics Dept., Statistics and Probability Seminar      11/17/2011
- Columbia University, Computer Science Dept., Seminar      12/08/2011

Industry:
- IBM Research, Hawthorne, NY, Seminar      12/07/2011
- Microsoft Research New England, Economics Research Working Group      10/14/2011

**Information Asymmetries in Pay-Per-Bid Auctions: How Swoopo Makes Bank**

Conferences:
- ACM EC 2010      06/09/2010

Academia:
- Boston University, Computer Science Dept., Theory Seminar      03/19/2010
- Harvard University, School of Eng. & Appl. Sci., Joint EconCS/Theory Seminar      03/29/2010
- Northeastern University, Coll. of Comp. & Inf. Sci., Graduate Student Seminar      04/03/2010
- Williams College, Computer Science Dept., Invited Colloquium      10/22/2010

**Adaptive Weighing Designs for Keyword Value Computation**

Conferences:
- ACM WSDM 2010      02/06/2010

Academia:
- Boston University, Computer Science Dept., Networking Reading Group      02/08/2010
- Boston University, Computer Science Dept., CS565 Data Mining, Guest Lecture      03/23/2010

# Teaching

1. BA476: Machine Learning for Business Analytics (87 students)      Fall 2023

2. BA476: Machine Learning for Business Analytics (44 students)      Spring 2023

*Georgios Zervas, Associate Professor of Marketing, Questrom School of Business, Boston University*

| | |
|---|---|
| 3.  BA476: Machine Learning for Business Analytics (47 students) | Spring 2023 |
| 4.  MK842: Machine Learning for Business Analytics (27 students) | Spring 2023 |
| 5.  BA810: Supervised Machine Learning (46 students) | Fall 2021 |
| 6.  BA810: Supervised Machine Learning (42 students) | Fall 2021 |
| 7.  BA810: Supervised Machine Learning (40 students) | Spring 2021 |
| 8.  BA810: Supervised Machine Learning (34 students) | Spring 2021 |
| 9.  BA810: Supervised Machine Learning (44 students) | Fall 2019 |
| 10.  BA810: Supervised Machine Learning (42 students) | Fall 2019 |
| 11.  MK476: Machine Learning for Business Analytics (26 students) | Spring 2019 |
| 12.  MK824: Machine Learning for Business Analytics (44 students) | Spring 2019 |
| 13.  MK824: Machine Learning for Business Analytics (40 students) | Spring 2018 |
| 14.  MK824: Machine Learning for Business Analytics (43 students) | Spring 2017 |
| 15.  MK323: Marketing Management (49 students) | Spring 2017 |
| 16.  MK323: Marketing Management (48 students) | Fall 2015 |
| 17.  MK323: Marketing Management (50 students) | Fall 2015 |
| 18.  MK323: Marketing Management (47 students) | Fall 2014 |
| 19.  MK323: Marketing Management (47 students) | Fall 2014 |
| 20.  MK323: Marketing Management (49 students) | Fall 2013 |
| 21.  MK323: Marketing Management (50 students) | Fall 2013 |

## Course Development

**MK476**, **MK842**, and **BA810** are courses that I developed that introduce undergraduate, MBA, and MSBA students to machine learning methods with applications in business analytics.

# Service

| | |
|---|---|
| **Editorial Review Board** | 2020–to-date |
| Marketing Science | |
| **Steering Committee Member** | 2019–to-2022 |
| Rafik B. Hariri Institute for Computing, Boston University | |
| **Editorial Review Board** | 2019–to-date |
| Journal of Marketing | |
| **Editorial Review Board** | 2019–2023 |
| Journal of Marketing Research | |

*Georgios Zervas, Associate Professor of Marketing, Questrom School of Business, Boston University*

**Associate Editor**                                                      2019–to date
ACM Transactions on Economics and Computation

**Program committees:** EC 2024 (Senior Program Committee), EC 2023 (Area Chair), EC 2022 (Track Chair), EC 2021 (Program Committee), EC 2020 (Senior Program Committee), WebConf 2020, EC 2019 (Senior Program Committee), EC 2018 (Senior Program Committee), EC 2018, WWW 2018, ICIS 2018, EC 2017 (Senior Program Committee), EC 2016 (Senior Program Committee), WWW 2016 (Senior Program Committee), ICIS 2016, SCECR 2016, EC 2015, WSDM 2015, WWW 2015, AMMA 2015, COBE 2015, EC 2014, WSDM 2014, WWW 2014, ICWSM 2014, WWW 2013, WSDM 2013, EC 2012.

**Ad-hoc reviewer:** Management Science, Marketing Science, Journal of Marketing Research, Information Systems Research, Games and Economic Behavior, Review of Industrial Organization, Operations Letters, Management Information Systems Quarterly, Journal of Public Economics, Manufacturing & Service Operations Management.

# Media coverage

1. Some Smiling Faces in Online Customer Testimonials Are Stock Photos          05/16/2019
   The Wall Street Journal

2. Why ranting on Yelp is the wrong way to complain about awful service          04/03/2018
   The Boston Globe

3. Does a 'Sharing Economy' Foster Better Behavior?          03/27/2018
   PC Magazine

4. For Hotels, Online Reviews Really Matter to the Bottom Line          11/18/2016
   The Wall Street Journal

5. Don't Necessarily Judge Your Next E-Book By Its Online Review          10/26/2015
   NPR All Things Considered

6. Five-star fakes          10/24/2015
   The Economist

7. Ratings Now Cut Both Ways, So Don't Sass Your Uber Driver          01/30/2015
   The New York Times

8. Airbnb, Uber, Lyft: de l'économie collaborative au business du partage          08/16/2014
   Le nouvel Observateur

9. Airbnb versus hotels: Room for all, for now          04/26/2014
   The Economist

10. Keeping crowdsourcing honest: can we trust the reviews?          02/18/2014
    BBC News

11. Why It's So Hard to Figure Out the Sharing Economy's Winners and Losers          02/10/2014
    The Atlantic Cities

12. Sharing Is Caring, Unless It Costs You Your Job          02/05/2014
    The New York Times Bits Blog

13. Yelp Reviews: Can You Trust Them?          11/04/2013
    BU Today

*Georgios Zervas, Associate Professor of Marketing, Questrom School of Business, Boston University*

14. Fake reviews on Yelp?! Don't worry, we've got your back                09/27/2013
    Yelp Official Blog

15. Yelp deems 20% of user reviews 'suspicious'                            09/24/2013
    Marketwatch, The Wall Street Journal

16. Yelp admits a quarter of submitted reviews could be fake              09/13/2013
    BBC News

17. Underdog Businesses Are More Likely to Post Fake Yelp Reviews         08/30/2013
    Harvard Business Review Blog Network

18. How Good Groupon Leads to Bad Yelp                                    03/11/2013
    The Freaknomics Blog

19. For Some Businesses, Daily Deals Have A Dark Side                     07/06/2012
    NPR Morning Edition

20. Using Groupon Deals? Your Yelp Rating May Suffer                      04/11/2012
    The Huffington Post

21. Help for Yelp                                                         11/09/2011
    BU Today

22. Groupon IPO: An Internet star falls to Earth                         10/23/2011
    Christian Science Monitor

23. Is Groupon Bad For Business?                                         10/18/2011
    WBUR

24. Groupon: Bad for Business?                                          10/05/2011
    BU Today

25. Groupon's Morning After Problem                                      10/04/2011
    Time Magazine

26. Coupon Sites Are a Great Deal, but Not Always to Merchants           10/02/2011
    The New York Times

27. Groupon Deals May Hurt Your Yelp Ratings                            09/12/2011
    The Atlantic

28. Study: Daily Deals Hurt Businesses' Reputations                      07/06/2011
    The Wall Street Journal, "In Charge" blog

29. Groupon's Hidden Influence on Reputation                             09/12/2011
    The MIT Technology Review