UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:21-cv-06815-MEMF-MAR                                   Date: December 30, 2025

Title   *Ispot.TV, Inc. v. Nadya Teyfukova*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order Regarding Remaining Disputes Concerning Court Exhibit No. 1 [Dkt. No. 405]**

Before the Court is the parties' joint submission regarding Court Exhibit No. 1. Dkt. No. 405 ("Objection"). The parties filed this in response to this Court's order on November 24, 2025. Dkt. No. 402. In the Objection, Defendants continue to dispute the inclusion of Fact No. 44 (renumbered Fact No. 36) in the established facts to be read to the jury. The Court reiterates its determination that these objections are overruled, but for the sake of clarity, revises the language of the fact.

**Procedural History**

On June 2, 2025, the Court issued an order granting in part the Defendants' Motion for Summary Judgment. Dkt. No. 323 ("MSJ Order"). In that order, the Court established a number of facts for trial pursuant to Federal Rule of Civil Procedure 56. The parties have since been ordered to meet and confer regarding which of these facts should be read to the jury, and set forth their respective positions in Dkt. Nos. 393 and 394. The Court ruled on these objections in its November Trial Order, and ordered the parties to prepare a Court Exhibit No. 1 consistent with these rulings.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    2:21-cv-06815-MEMF-MAR                                   Date: December 30, 2025

Title    *Ispot.TV, Inc. v. Nadya Teyfukova*

Instead of doing so—and rather than filing a proper motion for reconsideration[1]—Defendants continue to raise objections to the inclusion of one of the facts, set forth below[2]:

> 36. In October 2016, Sony's Alex Andujar informed iSpot's Jon Primrose that EDO made a presentation to Sony about a solution that appeared similar to iSpot's.

Defendants contend that this fact is inadmissible hearsay which is being offered for the truth of the assertion that EDO's solution was similar to iSpot's. Objection at 2. In the MSJ briefing, iSpot proposed this fact and supported it with testimony from Primrose's deposition. See Dkt. No. 176-120 at 50-57. The Defendants have consistently objected to this fact, but have failed to dispute that this is indeed what Andujar conveyed to Primrose. *See* Dkt. Nos. 227-1 at 111, 394 at 23.

Accordingly, Defendants have not met their significant burden of demonstrating that the Court should reconsider its determination that this fact has been established for trial or its determination that this fact should be read to the jury. iSpot also maintains that this fact is not being offered for the truth of the matter Defendants contend it is.

Out of an abundance of caution, and consistent with iSpot's position and the undisputed evidence, the Court revises this fact as follows:

> 36. In October 2016, Sony's Alex Andujar informed iSpot's Jon Primrose that EDO made a presentation to Sony about a solution that—to Andujar—appeared similar to iSpot's solution.

**Conclusion**

For the foregoing reasons, the Court ORDERS as follows:

1. The parties are ORDERED to file and email to the Court a final version of Exhibit 1 in accordance with the ruling set forth above by **Friday, January 2, 2026.**

---

[1] Defendants are admonished that any future requests to reconsider that are not contained within a properly filed motion or ex parte application will be summarily denied.

[2] This fact was previously numbered 44. Dkt. No. 393 at 6. In the operative version of Court Exhibit No. 1, it is numbered 36. Dkt. No. 405 at 6.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:21-cv-06815-MEMF-MAR                                              Date: December 30, 2025

Title      *Ispot.TV, Inc. v. Nadya Teyfukova*

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | DBE |