Michael Eidel (SBN 119701)
meidel@foxrothschild.com
FOX ROTHSCHILD LLP
2001 Market Street, Suite 1700
Philadelphia, Pennsylvania 19103
Tel.:   215.918.3568
Fax:   215.299.2150

James Breitenbucher (*pro hac vice*)
jbreitenbucher@foxrothschild.com
Al Roundtree (SBN 350531)
aroundtree@foxrothschild.com
Grace Wan (*pro hac vice*)
gwan@foxrothschild.com
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
Tel.:   206.624.3600
Fax:   206.389.1708

Joshua Bornstein (SBN 311658)
jbornstein@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, California 90067
Tel.:   310.598.4150
Fax:   310.556.9828

*Attorneys for Plaintiff iSpot.tv, Inc.*

Demian A. Ordway (*pro hac vice*)
dordway@hsgllp.com
Vincent Levy (*pro hac vice*)
vlevy@hsgllp.com
Brian T. Goldman (*pro hac vice*)
bgoldman@hsgllp.com
Michael Freedman (*pro hac vice*)
mfreedman@hsgllp.com
Daniel K. Phillips (*pro hac vice*)
dphillips@hsgllp.com
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Ave., 14th Floor
New York, NY 10017
Telephone: (646) 837-5151
Facsimile: (646) 837-5150

Jeffrey B. Valle (SBN 110060)
jvalle@vallemakoff.com
Nuritsa S. Ksachikyan (SBN 221929)
nksachikyan@vallemakoff.com
VALLE MAKOFF LLP
11777 San Vicente Blvd., Suite 890
Los Angeles, CA 90049
Telephone: (310) 476-0300
Facsimile: (310) 476-0333

*Attorneys for Defendants Nadya Teyfukova and Entertainment Data Oracle, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISPOT.TV, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NADYA TEYFUKOVA AND ENTERTAINMENT DATA ORACLE, INC.,<br><br>    Defendants. | Case No. 2:21-cv-06815-MEMF-MAR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**JOINT SUBMISSION REGARDING OUTSTANDING DEPOSITION OBJECTIONS** |

    Pursuant to the Court's Order After Final Pretrial Conference, the parties are submitting this document to bring to the Court's attention all deposition objections that have not been ruled on. *See* ECF 375 at 4. As indicated by the parties' amended witness lists, the parties intend to play video

excerpts from the following witnesses' depositions at trial: (1) Dennis Cui; (2) Saagar Deshpande; (3) Shamez Dharamsi; (4) Edward Rugoff; (5) Marcus Schorow; (6) Travis Sinclair; and (7) Anthony Skinner. *See* ECF No. 384 (Plaintiff's Amended Witness List); ECF No. 388 (Defendants' Amended Witness List).

Below, the parties provide charts outlining the outstanding objections to the parties' deposition designations for Dennis Cui; Saagar Deshpande; Shamez Dharamsi; Edward Rugoff; Marcus Schorow; and (7) Anthony Skinner.

| **DENNIS CUI** [9/24/24] | | | | | | |
|---|---|---|---|---|---|---|
| **START Page** | **Line** | **END Page** | **Line** | **PLAINTIFF'S OBJECTIONS** | **DEFENDANTS' OBJECTIONS** | **RULING** |
| 129 | 1 | 129 | 16 | Hearsay | | |
| 131 | 5 | 131 | 12 | Hearsay | | |
| 133 | 11 | 134 | 16 | | Lack of personal knowledge, lack of foundation | |
| 146 | 3 | 146 | 4 | Lack of foundation, Speculation | | |
| 146 | 6 | 147 | 2 | Hearsay, Speculation, Lack of foundation | | |
| 162 | 9 | 162 | 23 | Speculation, Lack of foundation | | |

| **SAAGAR DESHPANDE** [10/28/24] | | | | | | |
|---|---|---|---|---|---|---|
| **START Page** | **Line** | **END Page** | **Line** | **PLAINTIFF'S OBJECTIONS** | **DEFENDANTS' OBJECTIONS** | **RULING** |
| 137 | 16 | 138 | 1 | | Defendants object on FRE 602 given lack of knowledge of the whether deponent prepared the document (Tr. 137:25-138:1). | |
| 138 | 2 | 138 | 13 | | Defendants object on FRE 602 given lack of knowledge of the whether deponent prepared the document (Tr. 137:25-138:1). | |

| SAAGAR DESHPANDE [10/28/24] ||||||
|---|---|---|---|---|---|
| **START** Page / Line || **END** Page / Line || **PLAINTIFF'S OBJECTIONS** | **DEFENDANTS' OBJECTIONS** | **RULING** |
| 138 | 15 | 139 | 4 | | Defendants object on FRE 602 given lack of knowledge of the whether deponent prepared the document (Tr. 137:25-138:1). | |
| 139 | 6 | 139 | 7 | | Defendants object on FRE 602 given lack of knowledge of the whether deponent prepared the document (Tr. 137:25-138:1). | |

| SHAMEZ DHARAMSI: [10/24/24] ||||||
|---|---|---|---|---|---|
| **START** Page / Line || **END** Page / Line || **PLAINTIFF'S OBJECTIONS** | **DEFENDANTS' OBJECTIONS** | **RULING** |
| 125 | 7 | 125 | 12 | | Defendants' object on hearsay grounds to the admission of Exhibit 24 and testimony regarding Exhibit 24 | |
| 126 | 23 | 127 | 15 | | Defendants' object on hearsay grounds to the admission of Exhibit 24 and testimony regarding Exhibit 24 | |
| 127 | 8 | 127 | 15 | | Defendants' object on hearsay grounds to the admission of Exhibit 24 and testimony regarding Exhibit 24 | |

| EDWARD RUGOFF (Vol. I) [8/6/24] ||||||
|---|---|---|---|---|---|
| **START** Page / Line || **END** Page / Line || **PLAINTIFF'S OBJECTIONS** | **DEFENDANTS' OBJECTIONS** | **RULING** |
| 74 | 13 | 75 | 9 | Lack of foundation, Speculation, Outside scope of direct | | |

| EDWARD RUGOFF (Vol. I) [8/6/24] ||||||
|---|---|---|---|---|---|
| **START Page** | **Line** | **END Page** | **Line** | **PLAINTIFF'S OBJECTIONS** | **DEFENDANTS' OBJECTIONS** | **RULING** |
| 89 | 9 | 89 | 15 | Outside scope of direct | | |
| 93 | 4 | 93 | 7 | Lack of foundation, Speculation | | |
| 93 | 10 | 93 | 12 | Lack of foundation, Speculation | | |
| 97 | 3 | 97 | 15 | | Speculation, lack of personal knowledge | |

| MARCUS SCHOROW [7/24/24] ||||||
|---|---|---|---|---|---|
| **START Page** | **Line** | **END Page** | **Line** | **PLAINTIFF'S OBJECTIONS** | **DEFENDANTS' OBJECTIONS** | **RULING** |
| 49 | 12 | 49 | 16 | Lack of foundation, Speculation, Relevance (no personal knowledge) | | |

| ANTHONY SKINNER [10/1/24] ||||||
|---|---|---|---|---|---|
| **START Page** | **Line** | **END Page** | **Line** | **PLAINTIFF'S OBJECTIONS** | **DEFENDANTS' OBJECTIONS** | **RULING** |
| 140 | 19 | 140 | 25 | | Defendants' object on hearsay grounds to the admission of Exhibit 172 and testimony regarding Exhibit 172 | |
| 142 | 23 | 143 | 5 | | Defendants' object on hearsay grounds to the admission of Exhibit 172 and testimony regarding Exhibit 172 | |

Dated: January 5, 2026

Respectfully submitted,

FOX ROTHSCHILD LLP

By: */s/ Michael Eidel*
Michael Eidel (SBN 119701)

FOX ROTHSCHILD LLP

By: */s/ James Breitenbucher*
James E. Breitenbucher (*pro hac vice*)

*Attorneys for Plaintiff*

HOLWELL SHUSTER & GOLDBERG LLP

By: */s/ Demian Ordway*
Demian Ordway (*pro hac vice*)

VALLE MAKOFF LLP

By: */s/ Jeffrey B. Valle*
Jeffrey B. Valle (SBN 110060)

*Attorneys for Defendants*