UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:21-cv-06815-MEMF-MARx |
| Title: | Ispot.TV, Inc. v. Nadya Teyfukova |
| Date | January 7, 2026 |

Present: The Honorable **Maame Ewusi-Mensah Frimpong**

| Damon Berry | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Grace Wan, James E. Breitenbucher, Michael Eidel | Demian A. Ordway, Brian T. Goldman, Daniel K. Phillips, Michael Guy Freedman, Vincent G. Levy |

___ Day Court Trial  3rd Day Jury Trial

___ One day trial:  ___ Begun (1st day);  **X** Held & Continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
**✓** Witnesses called, sworn and testified.  **✓** Exhibits Identified  **✓** Exhibits admitted.
___ Plaintiff(s) rest.  ___ Defendant(s) rest.
___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  **✓** Court instructs jury.
___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ___ Jury resumes deliberations.
___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.
___ Jury polled.  ___ Polling waived.
___ Filed Witness & Exhibit Lists  ___ Filed jury notes.  ___ Filed jury instructions.
___ Judgment by Court for  ___ plaintiff(s)  ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  ___ defendant(s).
___ Case submitted.  Briefs to be filed by ___
___ Motion to dismiss by ___ is ___ granted.  ___ denied.  ___ submitted.
___ Motion for mistrial by ___ is ___ granted.  ___ denied.  ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted.  ___ denied.  ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
**✓** Case continued to  January 9, 2026, at 8:30 a.m.  for further trial/further jury deliberation.
___ Other:

3 : 59

Initials of Deputy Clerk  DBE

cc: