# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:21-cv-06815-MEMF-MARx |
| Title: | Ispot.TV, Inc. v. Nadya Teyfukova |
| Date | January 13, 2026 |

**Present: The Honorable** Maame Ewusi-Mensah Frimpong

| Damon Berry | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Grace Wan, James E. Breitenbucher, Michael Eidel | Demian A. Ordway, Brian T. Goldman, Daniel K. Phillips, Michael Guy Freedman, Vincent G. Levy |

_____ Day Court Trial    6th Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  **X** Held & Continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
✓ Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s).   ✓ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).
_____ Case submitted.   Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
✓ Motion for Judgment/Directed Verdict by Defendants. is _____ granted. ✓ denied. _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to January 14, 2026, at 8:30 a.m. for further trial/further jury deliberation.
_____ Other:

| | 6 : 06 |
|---|---|
| Initials of Deputy Clerk | DBE |

cc: