# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:21-cv-06815-MEMF-MARx |
| Title: | Ispot.TV, Inc. v. Nadya Teyfukova |
| Date | January 15, 2026 |

Present: The Honorable **Maame Ewusi-Mensah Frimpong**

| Damon Berry | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Grace Wan, James E. Breitenbucher, Michael Eidel | Demian A. Ordway, Brian T. Goldman, Daniel K. Phillips, Michael Guy Freedman, Vincent G. Levy |

____ Day Court Trial     8th Day Jury Trial

____ One day trial:   ____ Begun (1st day);   ____ Held & Continued;   X Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by _____
____ Witnesses called, sworn and testified.   ____ Exhibits Identified   ____ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   ____ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   ✓ defendant(s) is read and filed.
✓ Jury polled.   ✓ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   Briefs to be filed by _____
____ Motion to dismiss by _____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by _____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is   ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Case continued to _____ for further trial/further jury deliberation.
____ Other:

6 : 57

Initials of Deputy Clerk   DBE

cc: