Michael Eidel (SBN 119701)
meidel@foxrothschild.com
FOX ROTHSCHILD LLP
2001 Market Street, Suite 1700
Philadelphia, Pennsylvania 19103
Tel.:  215.918.3568
Fax:  215.299.2150

James Breitenbucher (*pro hac vice*)
jbreitenbucher@foxrothschild.com
Grace Wan (*pro hac vice*)
gwan@foxrothschild.com
FOX ROTHSCHILD LLP
1001 Fourth Ave., Suite 4400
Seattle, Washington 98154
Tel.:  206.624.3600
Fax:  206.389.1708

*Attorneys for Plaintiff iSpot.tv, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISPOT.TV, INC., <br><br> Plaintiff, <br><br> v. <br><br> NADYA TEYFUKOVA AND ENTERTAINMENT DATA ORACLE, INC., <br><br> Defendants. | Case No. 2:21-cv-06815-MEMF-MAR <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **PLAINTIFF'S [PROPOSED] JUDGMENT** |

The trial in this action began on January 5, 2026, in Courtroom 8B of the United States District Court, Central District of California, Honorable Maame Ewusi-Mensah Frimpong, presiding. Plaintiff iSpot.tv, Inc. was represented at trial by attorneys Michael Eidel, James E. Breitenbucher, and Grace Wan. Defendants Entertainment Data Oracle, Inc. and Nadya Teyfukova were represented at trial by attorneys Demian A. Ordway, Vincent G. Levy, Brian T. Goldman, Michael G. Freedman, and Daniel K. Phillips.

A jury was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict on January 15,

2026 for Plaintiff on the breach of contract claim for $18,300,000 and for Defendants on the misappropriation of trade secrets claim under federal and California law.

**NOW THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED that final judgment in this action be entered as follows:**

    Total judgment in the sum of $18,300,000, plus costs, pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of entry of judgment, at the rate specified by 28 U.S.C. §1961, is entered against Defendant Entertainment Data Oracle, Inc. in favor of Plaintiff iSpot.tv, Inc. Plaintiff iSpot.tv, Inc. is the prevailing party and may apply to the Court for an award of costs as permitted by federal law.

    IT IS SO ORDERED.

Dated: _____

                          MAAME EWUSI-MENSAH FRIMPONG
                                United States District Judge