UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| Case No. | **2:21-cv-06815-MEMF-MARx** | Date | **April 16, 2026** |
|---|---|---|---|

| Title | **Ispot.TV, Inc. v. Nadya Teyfukova** | Page | **1 of 1** |
|---|---|---|---|

Present: The Honorable    MAAME EWUSI-MENSAH FRIMPONG,
UNITED STATES DISTRICT JUDGE

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Grace Wan | Demian A. Ordway |
| Michael Eidel | |

**Proceedings:  PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION [489] AND DEFENDANT'S MOTION FOR NEW TRIAL [492]**

The case is called, and counsel make their appearances. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**